### 17766.  MILLER v. THE STATE.

LUKE, J.  The evidence as to the defendant's carrying the pistol without a license being entirely circumstantial, and the proved facts failing to

Criminal Law, 16 C. J. p. 764, n. 54.
Weapons, 40 Cyc. p. 861, n. 82.

exclude every other reasonable hypothesis than that of the guilt of the accused, the court erred in overruling the motion for a new trial.

*Judgment reversed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 11, 1927.

Carrying a pistol without license; from city court of Sandersville—Judge Goodwin. November 21, 1926.

The pistol in question was found on the right-hand side of the back seat of the automobile of one Smith after the defendant, who had been sitting on that side, and two other persons who were on the seat with him, left the car. It was not seen in his possession, and in his statement at the trial he said that he did not have a pistol and had never owned one.

*J. J. Harris,* for plaintiff in error.

*George C. Evans, solicitor,* contra.